THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. SHEEHAN, Relator, v. MARTIN SAXE and Others, as Members of and Composing the State Tax Commission of the State of New York, Respondents.— Order unanimously affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL NEW ENGLAND RAILWAY COMPANY, Relator, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Respondent.— Determination unanimously affirmed, and writ dismissed, with fifty dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUDWIG JAGIELO, by CITIZENS' BREWING CORPORATION, His Attorney in Fact, and on Its Own Behalf, Respondents, v. JOHN P. McNAB, as Special Deputy Commissioner of Excise for the County of Albany, and Another, Appellants.— Orders unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, v. G. FRANK MEALY and Others, as Assessors of the City of Troy, and Another, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. TROY UNION RAILROAD COMPANY, Appellant, v. G. FRANK MEALY and Others, as Assessors of the City of Troy, and Another, Respondents.— Judgments unanimously affirmed, with one bill of costs, on the opinion of Chester, J., at Special Term. (Reported in 88 Misc. Rep. 649.)

EDITH A. ROBERTS, as Administratrix, etc., Appellant, v. CHARLES W. LITTLE, Respondent.— Order unanimously affirmed, with costs.

FRED ROCKEFELLER and STANLEY W. LASHER, Respondents, v. CHARLES RAMSEY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

ISABELLA W. SNAITH, Appellant, v. ELLEN C. COLEMAN, Respondent.— Judgment unanimously affirmed, with costs.

MARY J. STEINBURG, Respondent, v. ANNA SCOFIELD and Others, Appellants.— Judgment unanimously affirmed, with costs.

GROVER STOCK, Respondent, v. WELBY UPDIKE, Appellant.— Judgment and order unanimously affirmed, with costs.

MARGARET SINGLETON, Appellant, v. DUNBAR & SULLIVAN DREDGING COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

JACOB W. STALEY, as Executor, etc., Appellant, v. MICHAEL D. MURRAY and Others, Respondents.— Motion to dismiss appeal denied, without costs. Judgment reversed and new trial granted, with costs to appellant to abide event on the opinion in *Staley* v. *Murray* (166 App. Div. 328); and also because testimony was received inadmissible under section 829 of the Code of Civil Procedure. All concurred.

In the Matter of the Judicial Settlement of the Account of JOHN BURTON WYLIE and Others, as Administrators, etc., Appellants. KATE E. STEBBINS' ESTATE, Respondent.— Decree unanimously affirmed, with costs, the court deeming the evidence satisfactory and finding no prejudicial error calling for a reversal.